Aeritha James
6128 N. 79th Street
Scottsdale, Arizona 85250
Tel: 512-784-4870
Email: againsttheodds35@aol.com
*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aeritha James,<br><br>           Plaintiff,<br><br>    vs.<br>The Vanguard Group, Inc., Perry Board, Alba Martinez, Aaron Montenegro, Benjamin Trites, John Does I –X, Jane Does I –X,<br><br><br>           Defendant(s). | **Case No.: CV-16-00684-PHX-DJH**<br><br>**Notice of Service of Fourth Amended Complaint** |

   Plaintiff gives notice of serving her Fourth Amended Complaint via regular U.S. mail pursuant to Rule 5(b)(1), Federal Rules of Civil Procedure, on October 12, 2016 to Defendants' counsel of record: Jill J. Chasson, 2800 North Central Ave., Ste. 1200, Phoenix, Arizona 85004 and Michael J. Petitti, Jr., 2390 E. Camelback Road, Ste. 400, Phoenix, Arizona 85016.

   **DATED** this 12th day of October 2016.

                       By    /s/ Aeritha James
                                Aeritha James
                                *Plaintiff*

1

**CERTIFICATE OF FILING**

I, Aeritha James, electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing on October 12, 2016.

<u>/s/ Aeritha James</u>
*Plaintiff*